# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS W. OLICK, | : | Chapter 13 |
| Debtor | : | |
| | : | Bky. No. 07-10880ELF |
| THOMAS W. OLICK, | : | |
| Plaintiff, | : | |
| v. | : | Adv. No. 07-0052ELF |
| JAMES KEARNEY, et al., | : | |
| Defendants. | : | Adv. No. 07-0060ELF |

# O R D E R

**AND NOW,** after a trial held on December 19 and 22, 2008, and after consideration of the parties' post-trial submissions, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

1. **Judgment is entered in favor of the Plaintiff** and against Defendant Knights of Columbus **in the amount of $1,797.83** on **COUNT I** (the Plaintiff's retaliation claim under the Age Discrimination and Employment Act, 29 U.S.C. §§ 621-634, the Pennsylvania Human Relations Act, 43 Pa. Stat. Ann. §§ 951-963 and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§ 46a-51- 46a-104). and **in favor of the Plaintiff** and against Defendant Knights of Columbus on **COUNT III.A.** (Plaintiff's claim for a violation of the Consolidated Omnibus Budget Reconciliation Act , 29 U.S.C. §§ 1161-1169), **in the amount of $13,200.00**, for a combined **JUDGMENT IN THE AMOUNT OF $14,997.83.**

2. **Judgment is entered in favor of the Defendant Kearney** on **COUNT I** (the Plaintiff's retaliation claim under the Age Discrimination and Employment Act, 29 U.S.C. §§ 621-634, the Pennsylvania Human Relations Act, 43 Pa. Stat. Ann. §§ 951-963 and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§ 46a-51- 46a-104 ).

3. **Judgment is entered for Defendant Knights of Columbus** on **COUNT III.C.** (Plaintiff's equitable claim under the Employee Retirement Income Security Act of 1974 , 29 U.S.C. §§ 1001-1461).

4. Each party shall bear the expense of its attorney's fees.

5. In connection with the **taxable costs**:

    a. On or before **January 11, 2010**, Plaintiff shall file with the Court and serve on the Knights an itemized statement of the costs he requests be allowed under Fed. R. Bankr. P. 7054.

    b. On or before **January 25, 2010**, the Knights shall file with the Court and serve on the Plaintiff any objections to the Plaintiff's itemized statement of costs.

    c. If an objection is filed, a hearing on the Objection shall be held on **January 28, 2010, at 1:00 p.m. in Bankruptcy Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania**.

Date:   December 28, 2009

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: Thomas W. Olick
    4014 Crestview Avenue
    Easton, PA 18045